**Order entered March 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00039-CV

**THE CITY OF DALLAS, Appellant**

**V.**

**THOMAS A. DAVENPORT, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-09411-K**

## ORDER

The Court has before it appellee's March 21, 2013 unopposed motion for extension of time to file his brief. The Court **GRANTS** the motion and **ORDERS** that appellee's brief be filed by April 25, 2013.

/s/    ELIZABETH LANG-MIERS
        JUSTICE